# EXHIBIT 1

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**  Reg. No. 1,542,339
Registered June 6, 1989

## TRADEMARK
PRINCIPAL REGISTER

## CISCO

CISCO SYSTEMS, INC. (CALIFORNIA CORPORATION)
1360 WILLOW ROAD
MENLO PARK, CA 94025

FOR: COMPUTER HARDWARE FOR INTERCONNECTING LOCAL AREA NETWORKS, NAMELY GATEWAYS AND PARTS THEREFOR, IN CLASS 9 (U.S. CL. 26).

FIRST USE 12-27-1984; IN COMMERCE 12-27-1984.

SER. NO. 734,349, FILED 6-13-1988.

ESTHER A. BORSUK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,498,746
Registered Oct. 16, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CISCO

CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
170 WEST TASMAN DRIVE
SAN JOSE, CA 95134

FOR: COMPUTER HARDWARE AND SOFTWARE FOR DISTRIBUTION, MANIPULATION AND RETRIEVAL OF VIDEO, DATA AND SOUND OVER COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-27-1984; IN COMMERCE 12-27-1984.

OWNER OF U.S. REG. NOS. 1,999,660, 2,232,700, AND OTHERS.

SN 75-658,574, FILED 3-11-1999.

FLORENTINA BLANDU, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# CISCO

Reg. No. 3,709,076  CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
Registered Nov. 10, 2009  170 WEST TASMAN DRIVE
SAN JOSE, CA 95134

Int. Cls.: 9, 16, 36, 38, 41, 42, and 45

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

FOR: COMPUTER HARDWARE AND SOFTWARE FOR INTERCONNECTING, MANAGING, SECURING AND OPERATING LOCAL AND WIDE AREA NETWORKS AND TELEPHONY SYSTEMS; TELEPHONES; ELECTRONIC COMMUNICATION DEVICES, NAMELY, MOBILE TELEPHONES; WIRELESS COMMUNICATIONS DEVICES, NAMELY, WIRELESS HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND VIDEO; CALL PROCESSING SOFTWARE FOR THE TRANSMISSION OF DATA, VIDEO, AND VOICE TRAFFIC; DOWNLOADABLE ELECTRONIC INSTRUCTIONAL MATERIALS, NAMELY, MANUALS, GUIDES, TEST MATERIALS, AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, AND MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; STEREOS; VIDEO MONITORS; COMPUTER SOFTWARE FOR USE IN SOCIAL NETWORKING; REMOTE CONTROLS FOR STEREOS, TELEVISIONS, COMPUTERS, AND ELECTRONIC GAMES; ELECTRONIC DEVICES FOR RECORDING, ORGANIZING, TRANSMITTING, AND/OR REVIEWING VOICE, AUDIO, VIDEO, AND/OR DATA FILES; SPECTRUM ANALYZERS USED TO DIAGNOSE AND REPAIR CELLULAR, WIRELESS AND RF COMMUNICATIONS NETWORKS; SEMICONDUCTOR INTEGRATED CIRCUITS, CHIPS AND CHIPSETS, AND SOFTWARE, FOR USE IN WIRELESS COMMUNICATION APPLICATIONS; CD PLAYERS; CONSUMER ELECTRONICS, NAMELY, HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND/OR VIDEO; COMPUTER NETWORK ROUTERS; GATEWAY ROUTERS IN THE NATURE OF COMPUTER CONTROL HARDWARE; TELECOMMUNICATIONS SWITCHES; NETWORK ACCESS RANGE EXPANDERS; INTERNET VIDEO CAMERAS; PRINT SERVERS; COMMUNICATION TERMINALS COMPRISING COMPUTER HARDWARE AND/OR SOFTWARE FOR PROVIDING VIDEO, AUDIO, DATA, VIDEO GAME, AND TELEPHONE COMMUNICATIONS AND/OR TRANSMISSIONS; NETWORK STORAGE DEVICES, COMPRISED OF COMPUTER HARDWARE AND/OR SOFTWARE; INTERFACES FOR INTERCONNECTING COMPUTERS, PROJECTORS, STEREO SYSTEMS AND GAME CONSOLES; DEVICES FOR ORGANIZING, TRANSMITTING, AND REVIEWING AUDIO FILES; COMPUTER HARDWARE; NETWORK INTERFACE CARDS; NETWORK CABLES; COMPUTER NETWORK ADAPTERS. COMPUTER SERVERS; COMMUNICATIONS SERVERS; COMPUTER HARDWARE CONTAINING NETWORK SECURITY FUNCTIONALITY, INCLUDING FIREWALLS, DATA ENCRYPTION, AND/OR INTEROPERABILITY WITH NETWORK SECURITY PROTOCOLS; COMPUTER SOFTWARE AND HARDWARE FOR SENDING, STORING, MANAGING, INTEGRATING AND ACCESSING TEXT AND VOICE MESSAGES VIA TELEPHONE, ELECTRONIC MAIL, PAGERS, PERSONAL DIGITAL ASSISTANTS, AND INTERNAL AND GLOBAL COMPUTER NETWORKS; DIGITAL VIDEO RECORDERS; SET-TOP BOXES; CABLE TELEVISION CONVERTERS; RECEIVERS FOR RECEIVING CABLE TELEVISION; COMPUTER HARDWARE AND SOFTWARE FOR USE IN CABLE TELEVISION SYSTEMS, CONTENT DISTRIBUTION



*David J. Kappos*
Director of the United States Patent and Trademark Office

**Reg. No. 3,709,076** SYSTEMS, AND COMMUNICATION SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-27-1984; IN COMMERCE 12-27-1984.

FOR: BOOKS AND MANUALS IN THE FIELDS OF INTERCONNECTING, MANAGING AND OPERATING OF LOCAL AND WIDE AREA NETWORKS; COMPUTER MANUALS FOR COMPUTER NETWORKING; PRINTED INSTRUCTIONAL MATERIALS, NAMELY, BOOKS, MANUALS, GUIDES, TEST MATERIALS AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; PACKAGING, NAMELY, CARDBOARD PACKING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-25-1997; IN COMMERCE 4-25-1997.

FOR: FINANCING SERVICES, NAMELY, PROVIDING FINANCING TO OTHERS FOR THE LEASE OR PURCHASE OF COMPUTER HARDWARE AND COMPUTER SOFTWARE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-13-1997; IN COMMERCE 2-13-1997.

FOR: PROVIDING INFORMATION VIA LOCAL AND GLOBAL COMPUTER NETWORKS IN THE FIELDS OF TELECOMMUNICATIONS AND TELEPHONY; BROADCASTING PROGRAMS VIA COMPUTER NETWORKS; PROVIDING TELEPHONE CONFERENCING SERVICES; PROVIDING FACILITIES AND EQUIPMENT FOR VIDEO CONFERENCING; ELECTRONIC VOICE MESSAGING, NAMELY, THE RECORDING AND SUBSEQUENT TRANSMISSION OF VOICE MESSAGES; PROVIDING TELECOMMUNICATIONS SERVICES, NAMELY, WEB CONFERENCING SERVICES; INTERNET TELEPHONY SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING CONFERENCES, TRAINING COURSES, TESTING, WORKSHOPS, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, ALL IN THE FIELDS OF COMPUTER NETWORKING, BROADBAND NETWORKS, COMPUTER SYSTEMS, TELECOMMUNICATION SYSTEMS, IP TELEPHONY, CABLE TELEVISION SYSTEMS, SECURITY AND STORAGE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-0-1992; IN COMMERCE 4-0-1992.

FOR: ON-LINE SERVICES, NAMELY, PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELD OF COMPUTER AND NETWORK SECURITY; CUSTOMER SUPPORT SERVICES IN CONNECTION WITH COMPUTER HARDWARE AND SOFTWARE FOR USE IN INTERCONNECTING, MANAGING AND OPERATING LOCAL AND WIDE AREA NETWORKS, NAMELY, COMPUTER NETWORK DESIGN, COMPUTER CONSULTATION SERVICES, UPDATING OF COMPUTER SOFTWARE FOR OTHERS, COMPUTER SYSTEMS ANALYSIS, AND ENGINEERING SERVICES; PROVIDING TECHNICAL CONSULTATION IN CONNECTION WITH COMPUTER HARDWARE, COMPUTER SOFTWARE, COMPUTER NETWORKING EQUIPMENT, TELEPHONY SYSTEMS, TELECOMMUNICATIONS EQUIPMENT, IP TELEPHONY, TELECOMMUNICATION SYSTEMS, COMPUTER NETWORK DESIGN, STORAGE DESIGN, SECURITY OF NETWORKS, AND VOICE AND WIRELESS COMMUNICATIONS; APPLICATION SERVICE PROVIDER (ASP), NAMELY, HOSTING THE SOFTWARE APPLICATIONS OF OTHERS; COMPUTER CONSULTING SERVICES; COMPUTER NETWORK DESIGN FOR OTHERS; ON LINE SERVICES, NAMELY, PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELDS OF COMPUTER NETWORKS, COMPUTER SYSTEMS, CABLE TELEVISION SYSTEMS, TECHNICAL CONSULTATION AND RESEARCH AND SYSTEMS DESIGN; APPLICATION SERVICE

**Reg. No. 3,709,076** PROVIDER (ASP) FEATURING SOFTWARE IN THE FIELDS OF AUDIO CONFERENCING, ELECTRONIC MESSAGING, DOCUMENT COLLABORATION, VIDEO CONFERENCING, AND VOICE AND CALL PROCESSING; PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELDS OF COMPUTER SECURITY AND COMPUTER NETWORK SECURITY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

FOR: ON LINE SERVICES, NAMELY, MONITORING OF COMPUTER SYSTEMS AND COMPUTER NETWORKS FOR SECURITY PURPOSES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,314,702, 2,494,777, AND 2,574,340.

SN 77-067,964, FILED 12-19-2006.

JOHN WILKE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

## ıı|ıı|ıı
## CISCO

**Reg. No. 3,759,451** CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
Registered Mar. 9, 2010    170 WEST TASMAN DRIVE
SAN JOSE, CA 95134

**Int. Cls.: 9, 16, 36, 38, 41, 42, and 45**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

FOR: COMPUTER HARDWARE AND SOFTWARE FOR INTERCONNECTING, MANAGING, SECURING AND OPERATING LOCAL AND WIDE AREA NETWORKS AND TELEPHONY SYSTEMS; TELEPHONES, TELEPHONE HEADSETS; WIRELESS COMMUNICATIONS DEVICES, NAMELY, WIRELESS HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND VIDEO; CALL PROCESSING SOFTWARE FOR THE TRANSMISSION OF DATA, VIDEO, AND VOICE TRAFFIC; DOWNLOADABLE ELECTRONIC INSTRUCTIONAL MATERIALS, NAMELY, MANUALS, GUIDES, TEST MATERIALS, AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, AND MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; PERSONAL STEREOS; STEREO RECEIVERS; STEREO TUNERS; STEREO AMPLIFIERS; COMPUTER SOFTWARE FOR USE IN SOCIAL NETWORKING, NAMELY, FOR USE IN PROVIDING ONLINE COMMUNICATIONS AMONG USERS AND FOR CREATING CUSTOMIZED ON-LINE WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES, AND INFORMATION; REMOTE CONTROLS FOR STEREOS, TELEVISIONS, COMPUTERS, AND ELECTRONIC GAMES; ELECTRONIC DEVICES FOR RECORDING, ORGANIZING, TRANSMITTING, AND/OR REVIEWING VOICE, AUDIO, VIDEO, AND/OR DATA FILES; CD PLAYERS; CONSUMER ELECTRONICS, NAMELY, HARDWARE AND SOFTWARE FOR THE TRANSMISSION OF VOICE, DATA, AUDIO, AND/OR VIDEO; COMPUTER NETWORK ROUTERS; GATEWAY ROUTERS IN THE NATURE OF COMPUTER CONTROL HARDWARE; TELECOMMUNICATIONS SWITCHES; NETWORK ACCESS RANGE EXPANDERS; INTERNET VIDEO CAMERAS; PRINT SERVERS; COMMUNICATION TERMINALS COMPRISING COMPUTER HARDWARE AND/OR SOFTWARE FOR PROVIDING VIDEO, AUDIO, DATA, VIDEO GAME, AND TELEPHONE COMMUNICATIONS AND/OR TRANSMISSIONS; NETWORK STORAGE DEVICES, COMPRISED OF COMPUTER HARDWARE AND/OR SOFTWARE; INTERFACES FOR INTERCONNECTING COMPUTERS, PROJECTORS, STEREO SYSTEMS AND GAME CONSOLES; COMPUTER HARDWARE; COMPUTER NETWORK INTERFACE CARDS; NETWORK CABLES; COMPUTER NETWORK ADAPTERS; COMPUTER SERVERS; COMMUNICATIONS SERVERS; COMPUTER HARDWARE CONTAINING NETWORK SECURITY FUNCTIONALITY, INCLUDING FIREWALLS; DATA ENCRYPTION, AND/OR INTEROPERABILITY WITH NETWORK SECURITY PROTOCOLS; COMPUTER SOFTWARE AND HARDWARE FOR SENDING, STORING, MANAGING, INTEGRATING AND ACCESSING TEXT AND VOICE MESSAGES VIA TELEPHONE, ELECTRONIC MAIL, PAGERS, PERSONAL DIGITAL ASSISTANTS, AND INTERNAL AND GLOBAL COMPUTER NETWORKS; DIGITAL VIDEO RECORDERS; SET-TOP BOXES; CABLE TELEVISION CONVERTERS; RECEIVERS FOR RECEIVING CABLE TELEVISION; HARDWARE AND SOFTWARE FOR THE OPERATION OF CABLE TELEVISION SYSTEMS, CONTENT DISTRIBUTION SYSTEMS, AND COMMUNICATION SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).



David J. Kappos
Director of the United States Patent and Trademark Office

**Reg. No. 3,759,451** FIRST USE 12-0-2006; IN COMMERCE 12-0-2006.

FOR: BOOKS AND MANUALS IN THE FIELDS OF INTERCONNECTING, MANAGING AND OPERATING OF LOCAL AND WIDE AREA NETWORKS; COMPUTER MANUALS FOR COMPUTER NETWORKING; PRINTED INSTRUCTIONAL MATERIALS, NAMELY, BOOKS, MANUALS, GUIDES IN THE FIELDS OF NETWORK COMMUNICATIONS, MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; TEST MATERIALS, NAMELY, BOOKLETS AND MAGAZINES IN THE FIELDS OF NETWORK COMMUNICATIONS, MANAGING, OPERATING AND USING LOCAL, WIDE AND GLOBAL NETWORKS, AND CABLE TELEVISION SYSTEMS; TECHNICAL MANUALS IN THE FIELDS OF THE INTERCONNECTING, MANAGING AND OPERATING COMPUTER NETWORKS; PACKAGING, NAMELY, CARDBOARD PACKING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2006; IN COMMERCE 11-0-2006.

FOR: FINANCING SERVICES FOR THE LEASE OR PURCHASE OF COMPUTER HARDWARE AND COMPUTER SOFTWARE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-13-2006; IN COMMERCE 11-13-2006.

FOR: PROVIDING INFORMATION VIA LOCAL AND GLOBAL COMPUTER NETWORKS IN THE FIELDS OF TELECOMMUNICATIONS AND TELEPHONY; BROADCASTING PROGRAMS VIA COMPUTER NETWORKS; PROVIDING TELEPHONE CONFERENCING SERVICES; ELECTRONIC VOICE MESSAGING, NAMELY, THE RECORDING AND SUBSEQUENT TRANSMISSION OF VOICE MESSAGES; PROVIDING TELECOMMUNICATIONS SERVICES, NAMELY, WEB CONFERENCING SERVICES; INTERNET TELEPHONY SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-16-2006; IN COMMERCE 11-16-2006.

FOR: EDUCATIONAL SERVICES, NAMELY, CONFERENCES, TRAINING COURSES, TESTING, WORKSHOPS, AND DISTRIBUTING COURSE MATERIALS IN CONNECTION THEREWITH, ALL IN THE FIELDS OF COMPUTER NETWORKING, BROADBAND NETWORKS, COMPUTER SYSTEMS, TELECOMMUNICATION SYSTEMS, IP TELEPHONY, CABLE TELEVISION SYSTEMS, NETWORK SECURITY, AND/OR NETWORK STORAGE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-16-2006; IN COMMERCE 10-16-2006.

FOR: COMPUTER NETWORK DESIGN FOR OTHERS, COMPUTER CONSULTATION SERVICES, UPDATING OF COMPUTER SOFTWARE FOR OTHERS, COMPUTER SYSTEMS ANALYSIS, AND ENGINEERING SERVICES; PROVIDING TECHNICAL CONSULTATION IN CONNECTION WITH COMPUTER HARDWARE, COMPUTER SOFTWARE, COMPUTER NETWORKING EQUIPMENT, TELEPHONY SYSTEMS, TELECOMMUNICATIONS EQUIPMENT, IP TELEPHONY, AND TELECOMMUNICATION SYSTEMS, COMPUTER NETWORK DESIGN, STORAGE DESIGN, SECURITY OF NETWORKS, AND VOICE AND WIRELESS COMMUNICATIONS; APPLICATION SERVICE PROVIDER (ASP), NAMELY, HOSTING THE SOFTWARE APPLICATIONS OF OTHERS; ON LINE SERVICES, NAMELY, PROVIDING INFORMATION VIA COMPUTER NETWORKS IN THE FIELDS OF COMPUTER NETWORKING, COMPUTER NETWORKS, COMPUTER SYSTEMS, COMPUTER AND NETWORK SECURITY, CABLE TELEVISION SYSTEMS, TECHNICAL CONSULTATION AND RESEARCH IN THE FIELD OF COMPUTER NETWORKS, AND NETWORK SYSTEMS DESIGN; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE IN THE FIELDS OF AUDIO CONFERENCING, ELECTRONIC MESSAGING, DOCUMENT COLLABORATION, VIDEO CONFERENCING, AND VOICE AND CALL PROCESSING , IN CLASS 42 (U.S. CLS. 100 AND 101).

**Reg. No. 3,759,451**  FIRST USE 10-16-2006; IN COMMERCE 10-16-2006.

FOR: MONITORING OF COMPUTER SYSTEMS AND COMPUTER NETWORKS FOR SECURITY PURPOSES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 10-12-2006; IN COMMERCE 10-12-2006.

OWNER OF U.S. REG. NOS. 2,552,361 AND 2,959,329.

SN 78-954,940, FILED 8-17-2006.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# CISCO

**Reg. No. 3,990,147**
**Registered July 5, 2011**
**Int. Cls.: 36 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
170 WEST TASMAN DRIVE
SAN JOSE, CA 95134

FOR: CHARITABLE AND PHILANTHROPIC SERVICES, NAMELY, PROVIDING GRANTS TO NON-PROFIT ORGANIZATIONS AND NON-GOVERNMENTAL ORGANIZATIONS, AND PROVIDING FUNDING FOR ADDRESSING BASIC HUMAN NEEDS, IMPROVING ACCESS TO QUALITY EDUCATION, INCREASING INDIVIDUAL ECONOMIC OPPORTUNITY AND DISASTER RESPONSE AND RELIEF EFFORTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

FOR: CHARITABLE AND PHILANTHROPIC SERVICES, NAMELY, PROVIDING COMPUTER EQUIPMENT AND COMPUTER NETWORKING PRODUCTS TO THOSE IN NEED, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,752,753, 3,759,451 AND OTHERS.

SER. NO. 85-200,996, FILED 12-17-2010.

JAMES GRIFFIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# CISCO

**Reg. No. 4,005,670**  CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
          170 WEST TASMAN DRIVE
**Registered Aug. 2, 2011**  SAN JOSE, CA 95134

**Int. Cl.: 35**  FOR: BUSINESS CONSULTING AND INFORMATION SERVICES; BUSINESS CONSULTING WITH RELATION TO STRATEGY, TECHNOLOGY DEPLOYMENT, SALES, AND BUSINESS PROCESSES; CHARITABLE SERVICES, NAMELY, ORGANIZING AND CONDUCTING VOLUNTEER PROGRAMS AND COMMUNITY SERVICE PROJECTS; CUSTOMER RELATIONSHIP MANAGEMENT; ENERGY USAGE MANAGEMENT; ENERGY USAGE MANAGEMENT INFORMATION SERVICES; DEMAND-SIDE MANAGEMENT, NAMELY, MANAGEMENT OF ENERGY CONSUMPTION BY ELECTRICAL APPLIANCES; CONSULTATION SERVICES IN ALL OF THE FOREGOING; INFORMATION SERVICES IN THE FIELD OF ENERGY EFFICIENCY; CUSTOMER SERVICE IN THE FIELDS OF TELECOMMUNICATIONS, COMPUTER NETWORKING, COMPUTER HARDWARE AND SOFTWARE AND TECHNOLOGY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIRST USE 12-31-1985; IN COMMERCE 12-31-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,959,329, 3,872,872 AND OTHERS.

SER. NO. 85-201,002, FILED 12-17-2010.

JAMES GRIFFIN, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# CISCO

**Reg. No. 3,978,294**  CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
170 WEST TASMAN DRIVE
**Registered June 14, 2011** SAN JOSE, CA 95134

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: MESSAGING AND NETWORK SECURITY APPLIANCES COMPRISING COMPUTER HARDWARE AND SOFTWARE FOR DETECTING, BLOCKING AND REMOVING COMPUTER VIRUSES AND THREATS, ENCRYPTING AND AUTHENTICATING DATA, PREVENTING DATA-LOSS, RECOVERING DATA, SECURING NETWORKS, AND DETECTING, FILTERING, ANALYZING, MANAGING AND BLOCKING ELECTRONIC COMMUNICATIONS; ENERGY MANAGEMENT HARDWARE AND SOFTWARE; COMPUTER SOFTWARE AND NETWORKING EQUIPMENT, NAMELY, NETWORK HARDWARE AND SOFTWARE FOR SECURING, MONITORING AND MANAGING ENERGY USAGE BY NETWORK DEVICES; COMPUTER HARDWARE AND SOFTWARE FOR COLLECTING AND ANALYZING DATA FROM THE BUILDING, IT, ENERGY SUPPLY, AND ENERGY DEMAND SYSTEMS; HEADSETS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-12-2007; IN COMMERCE 7-12-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,709,076, 3,759,451 AND OTHERS.

SER. NO. 85-201,009, FILED 12-17-2010.

JAMES GRIFFIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# CISCO

**Reg. No. 3,985,844**  CISCO TECHNOLOGY, INC. (CALIFORNIA CORPORATION)
                        170 WEST TASMAN DRIVE
**Registered June 28, 2011**  SAN JOSE, CA 95134

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: TECHNICAL SUPPORT SERVICES IN THE FIELDS OF COMPUTER, DATA, EMAIL, WEB AND NETWORK SECURITY, NAMELY, MONITORING OF NETWORK SYSTEMS FOR TECHNICAL AND COMPUTER SECURITY PURPOSES AND TROUBLESHOOTING IN THE NATURE OF DIAGNOSING COMPUTER HARDWARE AND SOFTWARE PROBLEMS; COMPUTER SERVICES, NAMELY, DETECTING, BLOCKING AND REMOVING COMPUTER VIRUSES AND THREATS, ENCRYPTING AND AUTHENTICATING DATA, PREVENTING DATA-LOSS, RECOVERING DATA, SECURING NETWORKS, AND DETECTING, FILTERING, ANALYZING, MANAGING AND BLOCKING ELECTRONIC COMMUNICATIONS; AND SOFTWARE AS A SERVICE (SAAS) SERVICES, NAMELY, HOSTING SOFTWARE FOR USE BY OTHERS FOR DETECTING, BLOCKING AND REMOVING COMPUTER VIRUSES AND THREATS, ENCRYPTING AND AUTHENTICATING DATA, PREVENTING DATA-LOSS, RECOVERING DATA, SECURING NETWORKS, AND DETECTING, FILTERING, ANALYZING, MANAGING AND BLOCKING ELECTRONIC COMMUNICATIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-12-2007; IN COMMERCE 7-12-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,574,340, 3,759,451 AND OTHERS.

SER. NO. 85-201,020, FILED 12-17-2010.

JAMES GRIFFIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office