# EXHIBIT 2

```
 1                    UNITED STATES DISTRICT COURT
 2                     SOUTHERN DISTRICT OF TEXAS
 3                           HOUSTON DIVISION
 4  UNITED STATES OF AMERICA          .
                                      .  Criminal Action
 5  VERSUS                            .  No. H-09-CR-307
                                      .
 6  EHAB ASHOOR,                      .  Houston, Texas
                                      .  January 11, 2010
 7                                    .
                     Defendant.       .
 8  . . . . . . . . . . . . . . . . .
 9            EXCERPT OF TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE DAVID HITTNER AND A JURY
10       TESTIMONY OF WARREN JAY WIDENER, LEE CHIEFFALO,
            DEWAN CURESTON BRITTON, AND DANIEL NUGENT
11
    APPEARANCES:
12
    FOR THE UNITED STATES OF AMERICA:
13
           Mr. Jason Scott Varnado
14         Mr. Gregg Jeffrey Costa
           Assistant United States Attorneys
15         UNITED STATES ATTORNEY'S OFFICE
           910 Travis, Suite 1500
16         Houston, Texas   77002
           713.567.9617
17         713.567.9345
           FAX:  713.718.3300
18         jason.varnado@usdoj.gov
           gregg.costa@usdoj.gov
19
    FOR THE DEFENDANT:
20
           Mr. Erich C. Ferrari
21         MC NABB ASSOCIATES, PC
           1455 Pennsylvania Avenue, NW
22         Suite 400
           Washington, DC   20004
23         202.280.6370
           FAX:  202.318.8268
24         ferrari@mcnabbassociates.com
25          PROCEEDINGS RECORDED BY STENOGRAPHIC MEANS,
         TRANSCRIPT PRODUCED FROM COMPUTER-AIDED TRANSCRIPTION
```

            Gayle Dye, CSR, RDR, CRR - 713.250.5582

```
 1                        APPEARANCES
 2                        (continued)
 3  FOR THE DEFENDANT:
 4         Mr. Douglas C. McNabb
           MC NABB ASSOCIATES, PC
 5         Two Allen Center
           1200 Smith Street
 6         Suite 1600
           Houston, Texas  77002
 7         713.237.0011
           FAX:  713.583.1516
 8         mcnabb@mcnabbassociates.com
 9
10
11
12
13
14  COURT REPORTER:
15         GAYLE L. DYE, CSR, RDR, CRR
           515 Rusk, Room 8016
16         Houston, Texas  77002
           713.250.5582
17
18
19
20
21
22
23
24
25
```

Gayle Dye, CSR, RDR, CRR - 713.250.5582

```
 1                        INDEX OF WITNESSES

 2                                                              Page

 3   FOR THE GOVERNMENT:

 4   WARREN JAY WIDENER

 5         DIRECT EXAMINATION BY MR. VARNADO                       5
           CROSS EXAMINATION BY MR. FERRARI                       45
 6         REDIRECT EXAMINATION BY MR. VARNADO                    51
           RECROSS EXAMINATION BY MR. FERRARI                     52
 7
     LEE CHIEFFALO
 8
           DIRECT EXAMINATION BY MR. COSTA                        52
 9         CROSS EXAMINATION BY MR. FERRARI                       74

10   DEWAN CURESTON BRITTON

11         DIRECT EXAMINATION BY MR. VARNADO                      78
           CROSS EXAMINATION BY MR. FERRARI                      113
12         REDIRECT EXAMINATION BY MR. VARNADO                   119
           RECROSS EXAMINATION BY MR. FERRARI                    121
13
     DANIEL NUGENT
14
           DIRECT EXAMINATION BY MR. COSTA                       122
15

16

17

18

19

20

21

22

23

24

25
```

```
 1              MR. FERRARI:  One more question, your Honor.
 2                        RECROSS EXAMINATION
 3  BY MR. FERRARI:
 4  Q    Mr. Widener, is it possible for somebody to purchase
 5  outside an authorized distribution network and obtain a genuine
 6  Cisco product?
 7  A    It is possible.
 8              MR. FERRARI:  No more questions, your Honor.
 9              THE COURT:  All right.  Thank you, sir.  You may step
10  down.  You're excused.  You're free to leave.  You can remain in
11  the courtroom should you desire.
12              Call your next witness.
13              MR. COSTA:  The United States calls Lee Chieffalo,
14  your Honor; and he was not sworn earlier.
15              THE COURT:  Okay.
16              Please raise your right hand to be sworn.
17         (The witness, LEE CHIEFFALO, called on behalf of the
18  Government, was sworn.)
19              THE COURT:  Have a seat, please.
20                        DIRECT EXAMINATION
21  BY MR. COSTA:
22  Q    Good afternoon, Staff Sergeant Chieffalo.
23  A    Good afternoon, sir.
24  Q    Would you please state your name and spell your last name
25  for the court reporter.
```

Chieffalo - Direct/Costa                                53

```
 1  A    My name is Staff Sergeant Lee Chieffalo, C-h-i-e-f-f-a-l-o.
 2  Q    And what is that uniform you're wearing in court today?
 3  A    It's a Marine Corps Service Alpha uniform.
 4  Q    And how long have you been with the Marine Corps?
 5  A    Ten years.
 6  Q    And what is your current rank?
 7  A    Staff sergeant.
 8  Q    And what are your duties as a staff sergeant?
 9  A    My current -- my current military occupational specialty
10  is networking systems engineer.
11  Q    And did you have any computer experience before you joined
12  the Marine Corps?
13  A    Just a little bit of low voltage control work.  But all the
14  training that I have is from the Marine Corps.
15  Q    How did you -- once you got into the Marine Corps, how did
16  you get directed into technology work?
17  A    I came in and was guaranteed the communications field.
18  From there, they decided to put me in data communications, and I
19  found a passion for it and been doing it ever since.
20  Q    And where are you currently stationed?
21  A    Currently stationed at Camp Foster in Okinawa, Japan.
22  Q    And have you done any tours in Iraq since you joined the
23  Marine Corps?
24  A    I've done two tours in Iraq.  One was from January of '06
25  to March of '07 and then January of 2008 to February, 2009.
```

Gayle Dye, CSR, RDR, CRR - 713.250.5582

```
            1  A    In 2005.
            2  Q    How long did the course last?
            3  A    Seven months.
            4  Q    And who's attending this course, generally?
03:58:14    5  A    The people that are attending this course are the most --
            6  more highly skilled data Marines in my field.  There's some
            7  pretests that you have to take to get into it in order to even
            8  be accepted into the school; and we're all the ones that are
            9  becoming network and systems engineers to be dispersed to places
03:58:32   10  like this to build and maintain the infrastructures.
           11  Q    And are the instructors all military or were there some
           12  private companies that bring instructors into this course?
           13  A    There were both.  We had military and instructors from
           14  Cisco and Microsoft there.
03:58:45   15  Q    And you said you received Cisco certification.  Was that in
           16  part from completing this course?
           17  A    I have.  Yes.
           18  Q    Why was there such an emphasis on Cisco trainers there and
           19  the Cisco certification?  Why was Cisco a big part of that?
03:58:59   20  A    The Marine Corps' network infrastructure is solely Cisco
           21  equipment.
           22  Q    Why is that?
           23  A    We have -- we have -- we send out specifications for what
           24  we need equipment to do, and Cisco meets those specifications on
03:59:17   25  pretty much everything.  They custom design a lot of equipment
```

Chieffalo - Direct/Costa

60

```
                1  for the military use, and we use that -- that equipment
                2  exclusively.  And as well, we have an enterprise level contract
                3  with Cisco so we could -- if there's any hardware or training
                4  issues that we need, we can just contact the company directly
03:59:34        5  and get those handled.
                6  Q    And once you've set up a network and it's running with
                7  Cisco equipment, when you need to replace parts or get
                8  additional parts, would you want to also use Cisco parts?
                9  A    Yes.
03:59:45       10  Q    Why is it when you're adding parts you want them to also be
               11  Cisco?
               12  A    A lot of -- a lot of the equipment that Cisco uses has
               13  proprietary protocols and software on them that operates only
               14  with other Cisco gear; and that's primarily the reason why we
04:00:01       15  use Cisco.  Also, it's built to specifications that we use for
               16  reliability and environmental hardness per se.
               17  Q    In that contract you have for service with Cisco?
               18  A    Yes.
               19  Q    What was the network you were helping to build there at Al
04:00:19       20  Taqaddum?  What was that network being used for by the Marines?
               21  A    It was being -- we had two operational networks, one
               22  classified and one unclassified.  It was used to provide
               23  Internet e-mail, voice and video services to anybody that needed
               24  it throughout all the base, anywhere on base, and combat
04:00:37       25  outposts and forward operating bases outside of TQ.
```

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1  Q    And TQ, is that the name you-all gave this base?
2  A    Yes.
3  Q    You said the network also affected operations outside the
4  base.  Can you explain that?
5  A    We had multiple forward operating bases and combat outposts
6  that came back to us for communications either via radio,
7  microwave, or satellite transmission.
8  Q    And so I think you said part of this was just to establish
9  e-mail and Internet access?
10 A    Yes.  Yes, sir.
11 Q    And there was non-classified e-mails that the Marines could
12 use?
13 A    Yes, sir.
14 Q    Maybe to send messages back to family back home?  Would
15 that be one use?
16 A    Yes, sir.
17 Q    I want to talk about the classified network.  What were
18 some of the uses of the classified network that ran on this
19 computer network you helped build?
20 A    The classified network, we mainly -- we did all of our
21 battle operations on the classified.  A lot of intelligence was
22 shared back and forth between commanders and different
23 locations.  The -- a lot of convoy operations, troop movements,
24 air operations, call for fire, medevacs, all that stuff was done
25 over the classified network.

```
                1  Q    Any intelligence get transmitted through that classified
                2  network?
                3  A    All of the intelligence got transferred through the
                4  classified network.
04:01:55        5  Q    Generally, what types of intelligence?
                6  A    Aerial photos, the predators' video feeds, weapons caches
                7  that were found, identifications of enemy locations, enemy
                8  strongholds, the BATS System which was used to identify
                9  fingerprints of all the Iraqis that worked on base so they could
04:02:15       10  move from one base to another.  We'd know who they were.  And if
               11  they got in trouble in one location, we would know who they were
               12  at another.
               13  Q    You called it the BAT System?
               14  A    BATS.
04:02:27       15  Q    BATS?
               16            Was that BATS System a key part of the security
               17  at the base?
               18  A    It was integral to the security of the base.  We had a lot
               19  of Iraqis that worked on it, and that's how we controlled who
04:02:34       20  they were and if they were allowed on base or not.
               21  Q    What about communications between the base and Marines who
               22  might be out on a mission on the front lines?  Were there any
               23  radios that would be used that relied on the computer network?
               24  A    All the -- we had what was called a Rippernet, radio over
04:02:52       25  IP network, which was, basically, the combat outposts and the
```

Chieffalo - Direct/Costa

63

1  forward deployed Marines would use their satellite radios.
2  Instead of being traditionally re-transed through another radio
3  system, it would come back through the data network and be
4  routed -- could be routed to anywhere in Iraq and any commander
5  can look at -- listen to those radio signals.
6  Q    What would the effect be if the network went down for a
7  significant amount of time?
8  A    The ultimate effect is people could die.
9  Q    Why is that?
10 A    Marines could die.  I mean, if they were under fire and
11 they needed to call for air support or artillery support or
12 CASEVAC, I mean, that was all done over the classified network.
13 Q    I want to focus on your second tour.  And you were there
14 during 2008 --
15 A    Yes, sir.
16 Q    -- as part of the second tour?
17         What was -- when you got back for your second
18 tour, what was the status of the network at that time?
19 A    We moved mainly to a commercial-based network environment,
20 something that you'd see in your own cities for the most part.
21 Q    Why did you want to move to this commercial network?
22 A    Iraq was becoming less of a combat fluid environment and
23 more of commercialized.  We were trying to rebuild the
24 infrastructure; and we were becoming a permanent presence there
25 for the most part, sir.

```
05:57:55
```

1     Ladies and gentlemen, thank you for your
2  attention today.  It's moving along quickly.
3     Is that correct, counsel?
4     MR. COSTA:  Yes, very much so.
5     THE COURT:  Okay.  So we're doing fine.  We'll see you
6  tomorrow morning ready to resume at 10:00 a.m.  You can take
7  your books and leave them in there, and we'll see you tomorrow
8  at 10:00 a.m.  Thank you and good afternoon.
9     (Court recessed for the day at 5:58 p.m.)
10
11
12
13               C E R T I F I C A T E
14
15  ·   I certify that the foregoing is a correct transcript
16  from the record of proceedings in the above-entitled matter, to
17  the best of my ability.
18
19  By: /s/*Gayle L. Dye*              *01-16-2010*
20      Gayle L. Dye, CSR, RDR, CRR        Date
21
22
23
24
25